**Janice W. STEVENSON,
Plaintiff, Appellant,**

v.

**MASSACHUSETTS SCHOOL OF LAW
AT ANDOVER, INC., et al.,
Defendants, Appellees.**

**No. 03–1971.**

United States Court of Appeals,
First Circuit.

March 30, 2004.

Janice W. Stevenson on brief pro se.

Peter M. Malaguti on brief for appellees.

Before TORRUELLA, Circuit Judge, CYR and STAHL, Senior Circuit Judges.

PER CURIAM.

The order of dismissal is affirmed substantially for the reasons recited in the district court's opinion dated May 7, 2003. Plaintiff's claim under 42 U.S.C. § 1983 alleging a violation of her First Amend-

ment rights plainly fails for lack of state action. *See, e.g., Rendell–Baker v. Kohn,* 457 U.S. 830, 837–43, 102 S.Ct. 2764, 73 L.Ed.2d 418 (1982); *Logiodice v. Trustees of Maine Central Inst.,* 296 F.3d 22, 26–29 (1st Cir.2002), *cert. denied,* 537 U.S. 1107, 123 S.Ct. 882, 154 L.Ed.2d 778 (2003); *Krohn v. Harvard Law School,* 552 F.2d 21, 23–24 (1st Cir.1977). Her remaining claims have not been pursued on appeal and thus have been abandoned. *See, e.g., Kearney v. Town of Wareham,* 316 F.3d 18, 22 (1st Cir.2002). We add that the district court's disposition of those claims appears unexceptionable in any event.

*Affirmed.*